# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

MICHAEL G. LEVINE

          Plaintiff,

    vs.

JPMORGAN CHASE BANK, N.A.
a foreign corporation,

          Defendant.

Case No. 13 CV 498

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the plaintiff in the above named case, Michael G. Levine, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment and Order by the Honorable Rudolph T. Randa granting the defendant's Motion for Summary Judgment and granting attorney's fees and costs in the defendant's favor in the amount of $81,717.55 entered in this action on September 5, 2014, Docket No. 47.

Dated at Milwaukee, Wisconsin this 3rd day of October, 2014.

LAW OFFICES OF ROBERT A. LEVINE
Attorneys for Plaintiff

By: /s/ Robert A. Levine
Robert A. Levine
State Bar No. 1011965

P.O. ADDRESS
111 E. Wisconsin Ave. Ste. 1710
Milwaukee, WI 53202
414-271-9585
rlevine@rlevinelaw.com